# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Kevin Lawson

                        Plaintiff,

v.                                       Case No.: 1:11–cv–03535
                                                      Honorable Sharon Johnson Coleman

Bureau of Collection Recovery, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 21, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:Pursuant to stipulation of dismissal pursuant to settlement [7] the case is hereby dismissed with prejudice. Civil case terminated. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.